DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT PERKINS, JR.,**
Appellant,

v.

**SCAPES UNLIMITED LLC,** a Florida Limited Liability Company,
Appellee.

No. 4D21-136

[October 13, 2021]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Edmond W. Alonzo, Judge; L.T. Case Nos. 562019CC001879AXXXHC and 562020AP000029XXXXXX.

Robert Perkins, Jr., Fort Edwards, NY, pro se.

Roy T. Mildner of Mildner & Associates, P.A., Fort Pierce, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150 (Fla. 1979).

GROSS, FORST and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***